IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CORWIN CRUZ,**<br><br>    Plaintiff,<br><br>    vs.<br><br>**THE CATHOLIC BISHOP OF CHICAGO,**<br><br>    Defendant. | Case No. 1:24-cv-04771<br><br>District Judge:   April M. Perry<br><br>Magistrate Judge:  Jeffrey T. Gilbert |

## PARTIES' JOINT STATUS REPORT

*Pro se* Plaintiff Corwin Cruz and Defendant, The Catholic Bishop of Chicago, submit this status report pursuant to the Court's July 23, 2025 order. [Dkt. No. 60.]

    **I.**    **Status of Discovery**

On August 22, 2025, Defendant served Plaintiff with a Rule 37 letter setting forth various alleged deficiencies in Plaintiff's discovery responses. The Parties are working cooperatively to attempt to resolve these discovery disputes without court intervention.

On August 26, 2025, Plaintiff provided Defendant with an executed authorization form for the release of his protected health information, so that Defendant may subpoena Plaintiff's primary medical provider. On August 27, 2025, Defendant provided Plaintiff with a copy of the proposed subpoena and gave notice of its intent to issue the same. Defendant thereafter served the subpoenas on August 28, 2025.

The parties are cooperating to schedule Plaintiff's deposition for late September, prior to the close of fact discovery, which is currently scheduled to close on September 30, 2025. [Dkt. No. 60.]

Respectfully submitted this 28th day of August, 2025.

By:

| **CORWIN CRUZ,** | **THE CATHOLIC BISHOP OF** |
| **Plaintiff** | **CHICAGO,** |
| | **Defendant** |

/s/ Corwin Cruz

Corwin Cruz
P.O. Box 13166
Chicago, IL 60613
Email: *corwin.cruz@yahoo.com*

/s/ Jeffrey D. Iles

Jeff Nowak, Bar No. 6270364
jnowak@littler.com
Colette Kopon, Bar No. 6318262
ckopon@littler.com
Jeffrey D. Iles, Bar No. 6332843
jiles@littler.com
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1100
Chicago, Illinois 60654
Telephone: 312.372.5520
Facsimile: 312.372.7880

**CERTIFICATE OF SERVICE**

      I, Jeffrey D. Iles, an attorney, hereby certify that, on August 28, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and a correct copy of the foregoing has been furnished via electronic mail via the CM/ECF system to:

Corwin Cruz<br>
P.O. Box 13166<br>
Chicago, IL 60613<br>
Email: corwin.cruz@yahoo.com

                                                  */s/ Jeffrey D. Iles*